# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:                                                                        Case No. 16 B 19514

    Steve Antonio Hardeman, Jr.

        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/14/2016.

2) The plan was confirmed on 08/02/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/18/2018.

5) The case was Dismissed on 10/23/2018.

6) Number of months from filing to last payment: 24.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,757.09 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $14,757.09

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $638.05 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,638.05

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Affiliated Radiologist | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 450.00 | 948.91 | 948.91 | 0.00 | 0.00 |
| Capital One | Unsecured | 2,142.00 | NA | NA | 0.00 | 0.00 |
| Charlotte Hardnett | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Charter Communications | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 1,905.00 | NA | NA | 0.00 | 0.00 |
| City Of Berwyn | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,170.00 | 4,008.36 | 4,008.36 | 0.00 | 0.00 |
| City of Chicago Dept of Law | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Danbury Mint | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| Digestive Disease Associates | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| Drivers Solutions Inc | Unsecured | 1,169.00 | 2,326.67 | 2,326.67 | 0.00 | 0.00 |
| Elmhurst Emergency Med. | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Elmhurst Memorial Healthcare | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| Elmhurst Radiology SC | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| Fast Cash Advance | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Genesis Clinical Laboratory | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bone and Joint Institute | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 1,190.00 | 5,972.98 | 5,972.98 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 314.00 | 314.45 | 314.45 | 0.00 | 0.00 |
| Jennifer Ptak | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Midwest Imaging Professionals | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| Midwest Orthopaedics at RUSH | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Northwestern Lake Forst Hosp | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Med. Faculty Fnd. | Unsecured | 372.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 371.00 | 371.50 | 371.50 | 0.00 | 0.00 |
| Peoples Energy | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Primecare Community Health, Inc. | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| Public Storage | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| Regional Acceptance Corp | Unsecured | NA | 1,111.71 | 1,111.71 | 0.00 | 0.00 |
| Regional Acceptance Corp | Secured | 10,311.00 | 10,711.71 | 9,600.00 | 9,433.05 | 685.99 |
| Resurrection Health Care | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| Resurrection Medical Group | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| Round Lake Beach Police Department | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Group | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| Saint Mary of Nazareth Hosp. | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 0.00 | 1,455.48 | 1,455.48 | 0.00 | 0.00 |
| State Collection Service Inc. | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| Surgical Consultants of DuPage | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| Town of Cicero | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loan | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Valley Imaging Professionals | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| Village of Bellwood | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Clarendon Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Maywood-Parking | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of River Forest | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | 0.00 | 6,973.74 | 6,973.74 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,600.00 | $9,433.05 | $685.99 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,600.00** | **$9,433.05** | **$685.99** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,483.80** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $4,638.05 |
| Disbursements to Creditors | $10,119.04 |
| **TOTAL DISBURSEMENTS** : | **$14,757.09** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/16/2019                       By: /s/ Marilyn O. Marshall
                                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.